# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRY CURRY, <br><br> Petitioner, <br><br> v. <br><br> TOM CAREY, Warden, <br><br> Respondent. | Civil No.   06-1158 JM (PCL) <br><br> **ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS** |

On May 30, 2006, Petitioner, proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. In its June 21, 2006 Order, the Court dismissed this case without prejudice because Petitioner failed to either pay the $5.00 filing fee or move to proceed in forma pauperis. Petitioner was instructed that to have this case reopened he had to either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee no later than August 14, 2006.

On August 21, 2006, Petitioner filed a Declaration in Support of a Motion to Proceed in Forma Pauperis, together with a certificate of funds which reflected a balance of $0.00 on account at the prison where he is housed. On September 18, 2006, this Court issued an Order

1  reopening the case and incorrectly stating that Petitioner had paid the $5.00 filing fee. Petitioner
2  has now filed a document asking the Court to grant his motion to proceed in forma pauperis.
3       According to the documents provided by Petitioner, he cannot afford the $5.00 filing fee.
4  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows
5  Petitioner to prosecute the above-referenced action as a poor person without being required to
6  prepay fees or costs and without being required to post security. The Clerk of the Court shall
7  file the Petition for Writ of Habeas Corpus without prepayment of the filing fee. In all other
8  respects, the Court's September 18, 2006 Order, including the briefing schedule set forth in that
9  Order, shall remain the same.
10     **IT IS SO ORDERED.**
11 DATED: September 26, 2006

14                                          Hon. Peter C. Lewis
15                                          U.S. Magistrate Judge
16                                          United States District Court

22 cc: The Honorable Jeffrey T. Miller
     All Parties