# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JEFFRY CURRY, | CASE NO. 06cv1158 JM(PCL) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| TOM CAREY, Warden, | |
| Respondent. | |

On March 12, 2007 Magistrate Judge Lewis entered a Report and Recommendation recommending the denial of the petition for writ of habeas corpus ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended denying the petition for writ of habeas corpus. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections.

In his Objections, Petitioner raises no new arguments. Petitioner does not seek to distinguish the authorities cited in the R & R or otherwise inform the court of a reasoned basis to decline to adopt the R & R. Instead of responding to Petitioner's arguments a second time, the court adopts the R & R in its entirety. The petition for habeas corpus is denied with prejudice.

**IT IS SO ORDERED.**

DATED: May 14, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06cv1158