# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JEFFREY CURRY, | CASE NO. 06cv1158 JM(PCL) |
|---|---|
| Petitioner, | ORDER DENYING REQUEST FOR COPIES |
| vs. | |
| JAMES WALKER, Warden, | |
| Respondent. | |

On or about January 22, 2009 the court received from Petitioner a request for copies of all documents in the Court Docket, including lodgments. The court denies this request without prejudice, subject to a further showing that such documents would be of assistance to Petitioner in the prosecution of his petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254 ("Petition")[1].

The court denies the request for two reasons. First, Petitioner's argument that "the requested materials are necessary to enable Petitioner to litigate the merits of the issues raised in his habeas corpus petition," (Motion at p.4:24-26), fails to sufficiently articulate how the documents will assist Petitioner in litigating the merits of his Petition. Second, it appears that judgment is now final on the Petition. The Court Docket reflects that Petitioner's appeal was never perfected as no court has yet to issue the prerequisite Certificate of Appealability required by 28 U.S.C. §2253(c)(1).

---

[1] By way of background, on May 15, 2007 this court entered judgment against Petitioner on the Petition and on October 4, 2007 this court denied his motion for a Certificate of Appealability. On November 18, 2008 the Ninth Circuit similarly denied Petitioner's motion for a Certificate of Appealability, effectively terminating his appeal.

- 1 -

In sum, the court denies Petitioner's request for copies without prejudice, subject to a further showing.

**IT IS SO ORDERED.**

DATED: January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties